



1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1: 1 3 SW - 0 0 1 7 0 SKO

| | |
|---|---|
| In the Matter of the Searches of: | ORDER SEALING SEARCH WARRANTS, SEARCH WARRANT APPLICATIONS, SEALING APPLICATION AND SEALING ORDER |
| (1) 5135 W. Shaw Ave., Fresno, California; | |
| (2) 2377 E. Shaw, Ave., Fresno, California; | |
| (3) 7273 N. Blackstone Ave., Fresno, California; | **Under Seal** |
| (4) 2315 Fordham Ave., Clovis, California; | |
| (5) Safe Deposit Box, Bank of America, Account Number 0577005961N3, Fig Garden Financial Center, 5292 N. Palm Ave., Fresno, California | |

The United States of America has applied to this Court for an Order permitting it to file the Search Warrants, Search Warrant Application, Sealing Applications and Sealing Order in the above-captioned matters, in camera under seal.  Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Search Warrants, Applications, underlying documents, and this Order in the above-entitled

1

1 | proceedings shall be filed with this Court in camera under seal
2 | and shall not be disclosed to any person unless otherwise Ordered
3 | by this Court.

4 | DATED: June 25, 2013

*/s/ Sheila K. Oberto*
SHEILA K. OBERTO
U.S. Magistrate Judge