1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 | Attorneys for Plaintiff
United States of America

**FILED**

**DEC 16 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

IN THE UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10 | IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
11 | FOR SEARCH WARRANTS AND SEARCH
WARRANTS
12

13

14

15

16

17

18

CASE NOS.  1:12-SW-00353 GSA
1:13-SW-00087 GSA
1:13-SW-00111 GSA
1:13-SW-00126 BAM
1:13-SW-00161 BAM
1:13-SW-00162 BAM
1:13-SW-00163 BAM
1:13-SW-00164 BAM
1:13-SW-00165 BAM
1:13-SW-00166 BAM
1:13-SW-00167 BAM
1:13-SW-00168 BAM
1:13-SW-00169 BAM
1:13-SW-00170 SKO
1:13-SW-00172 SKO
1:13-SW-000268 SAB

19 | [PROPOSED] ORDER RE: REQUEST TO
UNSEAL DOCUMENTS

20

21

22

**ORDER TO UNSEAL**

23

Upon application of the United States of America and good cause having been shown,

24

IT IS HEREBY ORDERED that the search warrants and search warrant applications and

25

affidavits underlying the search warrants in the above-entitled proceeding shall be unsealed.

26 | Dated: 12/16/13

27

28

Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

UNSEALING ORDER

1